# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRAWDADDY'S LA, L.L.C.** | * | **CIVIL ACTION** |
| | * | |
| **Plaintiff,** | * | **No. 09-309-JTT-JDK** |
| | * | |
| **versus** | * | **JUDGE TRIMBLE** |
| | * | |
| **WESTCHESTER SURPLUS LINES** | * | **MAG. JUDGE KIRK** |
| **INSURANCE COMPANY & TRAVELERS** | * | |
| **CASUALTY AND SURETY COMPANY** | * | |
| **OF AMERICA** | * | |
| **Defendants.** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION TO DISMISS

Krawdaddy's LA, L.L.C. ("Krawdaddy's"), Westchester Surplus Lines Insurance Company ("Westchester"), and Travelers Casualty and Surety Company of America ("Travelers"), respectfully represent the following:

1. On October 26, 2010, Travelers filed a Motion for Summary Judgment seeking dismissal of all claims asserted against it in the captioned matter, arguing that the WRAP+ Crime Policy, No. 104920795, issued by Travelers did not cover the claims asserted by Krawdaddy's.

2. Krawdaddy's does not oppose Travelers' Motion for Summary Judgment.

3. Krawdaddy's has separately settled all of its claims asserted against Westchester in the captioned matter.

Accordingly, the parties jointly move the Court for a Judgment of Dismissal granting Travelers' Motion for Summary Judgment and dismissing all claims asserted in the captioned matter with prejudice, each party to bear its own cost except as they have otherwise agreed.

Respectfully submitted,

**KREBS, FARLEY & PELLETERI, PLLC**

*/s/ Richard E. Baudouin*
MATT J. FARLEY, T.A. (#5447)
RICHARD E. BAUDOUIN (#31032)
400 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
mfarley@kfplaw.com
rbaudouin@kfplaw.com

*ATTORNEYS FOR TRAVELERS CASUALTY*
*AND SURETY COMPANY OF AMERICA*

**TARCZA & ASSOCIATES, LLC**

*/s/ Michael A. Triay\**
ROBERT E. TARCZA (#12655)
MICHAEL A. TRIAY (#22878)
228 St. Charles Avenue, Suite 1310
New Orleans, Louisiana 70130
Telephone: (504) 525-6696
Facsimile: (504) 525-6701
rtarcza@tglaw.net
mtriay@tglaw.net

*ATTORNEYS FOR KRAWDADDY'S LA, L.L.C*

2

**PREIS & ROY**
*(a Professional Law Corporation)*

*/s/ Leah N. Engelhardt\**

LEAH N. ENGELHARDT (#23232)
EZRA L. FINKLE (#32139)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062

Facsimile: (504) 522-9129
LNE@preisroy.com
ELF@preisroy.com

*ATTORNEYS FOR WESTCHESTER SURPLUS*
*INSURANCE LINES COMPANY*

*Signature applied by Richard E. Baudouin with counsel's authority.